UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WESTERN HERITAGE INSURANCE COMPANY, an Arizona Corporation,<br><br>              Plaintiff,<br><br>     v.<br><br>DOUG and DUSTY CANNON, individually and the marital committee, as Assignees of COOK CUSTOM HOMES,<br><br>              Defendants. | NO:  13-CV-0204-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation for Dismissal (ECF No. 71).  This case is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without an award of costs or attorney's fees to any party.

\\\

\\\

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1  **ACCORDINGLY, IT IS HEREBY ORDERED**:

2  Pursuant to the parties' stipulation, all claims and causes of action in this

3  matter are **DISMISSED** with prejudice and without costs or fees to any party.

4  All pending motions are denied as moot.

5  The District Court Executive is hereby directed to enter this Order, furnish

6  copies to counsel, and **CLOSE** the file.

7  **DATED** September 24, 2014.



8
9  THOMAS O. RICE
   United States District Judge

10
11
12
13
14
15
16
17
18
19
20

ORDER OF DISMISSAL WITH PREJUDICE ~ 2